# EXHIBIT "C"

# PURPLE BLK DUAL LAYER IMPACT DIAMOND STUDS COMBO CASE COVEI LUMIA 928

Item condition: **New**

Time left: 6d 10h (Jul 25, 2013 17:49:57 PDT)

Starting bid: **US $11.00** [ 0 bid ]

Place bid

Enter US $11.00 or more

Add to Watch list

BillMeLater New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: **FREE** Standard Shipping | See details
Item location: **Walnut, California, United States**
Ships to: **United States, Canada** See exclusions

Delivery: Estimated on or before **Tue. Jul. 30** to 33305

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

## Seller information

case_ology (131218 ) 
99.3% Positive feedback

Save this seller
See other items
Visit store: Case Ology Sh

$ **Have one to sell?** Sell it yourself

## People who viewed this item also viewed

Feedback

Purple Hard Shell Protector Case Cover...
**$0.94**

PURPLE BLK DUAL LAYER IMPACT...
**$9.95**
Free shipping

Original Rubber Rubberized Back Cov...
**$10.40**
Free shipping

Rubber Soft Case Cover for Nokia Lumia 920...
**$4.66**
Free shipping

Rubb Cove 620..
**$4.6**
Free :

Description | Shipping and payments | Print

Item numbe

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | | Type: | Fitted Cases/Skins |
| Compatible Brand: | NOKIA Lumia 928 | Brand: | Case Ology |
| Material: | Polycarbonate And Silicone Combo | MPN: | NOK928-TRI-PPBK-STUDS |
| Color: | Purple | | |


**SHOP BY BRAND**

Click On Images To Switch Views

**PURPLE BLK DUAL LAYER IMPACT DIAMOND STUDS CO**
**CASE COVER FOR NOKIA LUMIA 928**

**Quick Overview**

Give your new phone the protection it deserves with this new heavy
case! This case protects against scratches and scuffs, and allows yo
some style to your phone while still having total access to all buttons
controls.

**Select Your Device Below**

ACER

AMAZON

APPLE

ASUS

BLACKBERRY

GOOGLE

HP

HTC

HUAWEI

KYOCERA

LG

MOTOROLA

NOKIA

PANTECH

SAMSUNG

SANYO

SONY

SONY ERICSSON

ZTE





**PRODUCT DESCRIPTION**

The Triple Impact case offers slick looking protection for your phone. The case features 2 layers of protection. The main part o
case is made out of silicone gel that covers the entire phone. The 2nd layer is a hard plastic/TPU hybrid shell that covers the b
and sides of the silicone gel as shown in the pictures. The case also features diamond studs to give it a unique look. Your pho
remains fully functional while in the case with access to all the phones features. If you need heavy duty protection look no furt
protect your device with a Triple Impact case.

**ADDITIONAL INFORMATION**

| MADE FOR | NOKIA Lumia 928 |
|---|---|
| MATERIAL | Polycarbonate And Silicone Combo |

**SHIPPING POLICY**

CASE OLOGY is an U.S. online retailer providing premium products to customers all over the world!

Most orders are to be shipped within 1-3 business day after payment is completed, unless for items on back order. In case of
order, seller will contact buyer as soon as possible to update the next shipping schedule or advise buyer for other color/style/n
which is in stock. We reserve the right to refund any backorders.

All order will be ship to confirmed Paypal address, no exception. In order to provide quick turn around in shipment, we do not
change address under any circumstances, please update your Paypal address before submitting the payment.

**For International Shipment:**

Seller reserved the right not to sell certain country with high risk of unable to deliver/custom issue. Buyer's discretion if item sh
to be wrong, defective. We will do our best to provide you with best eBay service, however once item left our warehouse we a
longer in control of package's destiny. Please be selective on your designated currier.

USPS Express are recommended.

**USPS First Class / International / Priority only have custom number, not tracking number.**

**RETURN POLICY**

Case Ology offer a 14-day return plicy from the date of shipment receiving by buyers. If you are over the 14-day return period
will do our best to help you find what you are looking for. The amount (minus Shipping/Handling) will be funded back to you th
same method you made the payment. For damaged or defective items we will happily exchange it for you

If you are not satisfied, please let us know before leaving feedback! We want you to be 100% satisfied with your order. When
received your order, please take a moment to leave us positive feedback and 5 star rating on eBay to us is appreciated, vital a
very valuable to the continued success of our business.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00001

| Sponsored Links |
|---|

**Diamond Studs At 75% Off**
Best Price Guarantee, Lab Certified Free FedEx & Free Luxury Gift Box
www.diamondstuds4less.com/

**Diamond Studs**
Fine **Diamond** Jewelry. Necklaces, Earrings and Bracelets. Adventura.
www.kings1912.com/

**Diamond Stud Clearance**
Up to 75% Off Real **Diamond Studs**. Free Shipping + Lifetime Guarantee!
www.superjeweler.com/DiamondStuds

**Combos® Official Site**
Grab Some **Combos** Today & Read Our Guide to the Combivore Lifestyle!
www.facebook.com/combos

**40-80% Off Grade Diamonds**
Personal **Diamond** Search Service. We Get You the Best Deal…Guaranteed
www.diamondconciergeservice.com/GIA

**Dual Layer - Quill**
Order Technology at Quill® & Get Fast And Free Shipping, No Minimum!
www.quill.com/Dual-Layer-DVD

**Diamond at HSN®**
Find the Perfect **Diamond** Earrings & more Jewelry at HSN®!
www.hsn.com/

AdChoice

**Back to Store**
More to explore :   Nokia Lumia 710 Case Purple,   Case Cover Nokia Lumia 920,   Nokia Lumia 810 Cover,   Nokia Lumia 820 Cover,   Nokia Lumia 800 Case,   Nokia Lumia 710 Leather Case,   Nokia Lumia 900 Case,   Nokia Lumia 900 Phone Covers,   Diamond Crystal Case Cover for iPhone 5,   Phone Cases for Nokia Lumia 900,   iPhone 4 Case Impact Combo,   iPhone 4 Dual Layer,   iPhone 5 Dual Layer Case

About eBay   Community   Announcements   Security Center   Policies   Site Map   eBay official time   Preview new features   Contact us   Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.